**Order entered June 19, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00199-CR

**WILSON ALEXANDER BENITEZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 1**
**Dallas County, Texas**
**Trial Court Cause No. F11-42524-H**

## ORDER

The Court **GRANTS** appellant's June 14, 2013 motion for extension of time to file appellant's brief.

We **ORDER** appellant to file the brief within **THIRTY DAYS** from the date of this order.

/s/     CAROLYN WRIGHT
CHIEF JUSTICE